# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KATHRYN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>ALVERNO COLLEGE and DOES 1 - 50,<br><br>    Defendants. | Case No. 17-CV-1477-JPS<br><br>**ORDER** |

  On August 8, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #16). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

  Accordingly,

  **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #16) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

  Dated at Milwaukee, Wisconsin, this 9th day of August, 2018.

            BY THE COURT:

            _____
            J. P. Stadtmueller
            U.S. District Judge